(14 Misc. Rep. 236.)

NORWOOD v. HICKOK.

(City Court of New York, General Term. October 29, 1895.)

ASSUMPSIT—SERVICES RENDERED—EVIDENCE.

    Evidence that defendant received plaintiff's bill for the services sued for, and promised to pay it when able, is sufficient proof that the services were rendered, and that the value thereof was satisfactory to defendant, where no evidence is introduced by defendant.

Appeal from trial term.

Action by Carlisle Norwood against Geraldine H. Hickok. There was a judgment in favor of plaintiff, and defendant appeals. Affirmed.

Argued before FITZSIMONS and McCARTHY, JJ.

Large & Stallknecht, for appellant.

M. S. Marden, for respondent.

FITZSIMONS, J. The evidence shows that the defendant received plaintiff's bill for services rendered, and promised to pay the same when able. That, surely, established plaintiff's claim that the services in question were rendered, and the value thereof was satisfactory to defendant, and, in view of the failure to introduce evidence in her own behalf, justified the trial judge in directing a verdict against her.

The judgment must be affirmed, with costs.